ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| JOSHUA GRANDERSON, )  | |
| Plaintiff, ) | |
| v. ) | No. 1:10-cv-00014 |
| ) | |
| JAMES FORTNER, et al., ) | |
| Defendants. ) | |

### DEFENDANT TERRY WAGGONER'S MOTION TO JOIND DEFENDANTS' FORTNER, DICKSON, JACKSON, CLENDENION AND EDWARDS' MOTION TO DISMISS

Defendant Terry Waggoner hereby respectfully moves to join in defendants Fortner, Dickson, Jackson, Clendenion and Edwards' motion to dismiss and for the reasons set forth in said motion and memorandum of law in support thereof (docs. 23, 24), respectfully moves the Court to dismiss the complaint against him as the plaintiff fails to state a claim for which relief may be granted.

Respectfully submitted,

ROBERT E. COOPER, JR. Bar No. 101934
Attorney General and Reporter

/s/ Pamela S. Lorch
Pamela S. Lorch, Bar No. 8968
Senior Counsel
Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
(615) 532-2500