IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA GRANDERSON )
 )
v. ) NO. 1-10-0014
 ) JUDGE CAMPBELL
JAMES FORTNER, et al. )

ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge (Docket Nos. 35 and 36), to which no Objections have been filed. The Court has reviewed the Reports and Recommendations and the file. The Reports and Recommendations are adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 23) is GRANTED, and Plaintiff's claims against Defendants Fortner, Dickson, Jackson, Waggner, Clendenon, Jordan and Edwards are DISMISSED.

In addition, Plaintiff's claims against the remaining Defendants (Fisher and Walden) in their official capacities are DISMISSED. Plaintiff's claims against Defendants Fisher and Walden in their individual capacities are referred to the Magistrate Judge for further case management in accordance with the prior Order of the Court (Docket No. 7) and to set a target trial date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE