IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA GRANDERSON           )
                            )
v.                          ) NO. 1-10-0014
                            ) JUDGE CAMPBELL
JAMES FORTNER, et al.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 52), to which no Objections have been filed. The record indicates that attempts to serve the Plaintiff with the Report and Recommendation have been unsuccessful, as the mail has been returned marked "Return to Sender Paroled on Expiration of Sentence." Docket Nos. 55 and 56.

The Court has reviewed the Report and Recommendation and the file. Plaintiff's failure to prosecute this case and to keep the Court advised of his address are further evidenced by the above-described documents. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 47) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE